UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BROWN** | : | 23-cr-1971 |
| | : | |
| **V.** | : | |
| | : | |
| **KLINGER** | : | |

ENTRY OF APPEARANCE

To The Clerk:

Kindly enter my appearance in the above captioned matter.

/s Brian J. Zeiger
Brian J. Zeiger, Esquire
PA Bar ID: 87063
1500 JFK Blvd, Ste 620
Philadelphia, PA 19102
215.546.0340