

712  Monroe Street
Stroudsburg, PA 18360
570.421.9090

www.newmanwilliams.com

July 19, 2024

*Via ECF only*

The Honorable Malachy E. Mannion
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

       **Re:   Edward Brown v. Lieutenant Klinger**
             **Docket No.: 3:23-cv-01971-MEM-DB**

Dear Judge Mannion:

I represent the defendant.

Plaintiff's counsel and I would appreciate a brief conference with you to discuss outstanding discovery and your recent scheduling order (Doc. No. 15).

We have both been working diligently to move this case forward, but we are faced with issues we would prefer not to put on the docket.

Very truly yours,

s/Gerard J. Geiger